IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HICA EDUCATION LOAN
CORPORATION,

    Plaintiff,

v.

CHASSITTY L. LOVING,

    Defendant.

Civil Action 7:11-CV-173 (HL)

### ORDER

Before the Court is Plaintiff's Motion for Default Judgment (Doc. 6). For the reasons stated below, the Motion is granted.

Plaintiff filed the Complaint in this case on December 20, 2011. (Doc. 1.) Defendant Chassitty L. Loving (hereinafter, "Defendant") was served with a summons and copy of Plaintiff's Complaint on December 27, 2011. Defendant has not filed an answer or otherwise made an appearance in this case.

After Plaintiff moved for Clerk's entry of default in accordance with Federal Rule of Civil Procedure 55(a), the Clerk's office entered Defendant's default on the docket on February 1, 2012. Plaintiff then moved for a Clerk's entry of default judgment against Defendant pursuant to Rule 55(b)(1).

Plaintiff has requested a default judgment in the amount of $5,345.12. This sum is owed to Plaintiff under the terms of a federally guaranteed loan through

1

the United States Health Education Assistance Loan (HEAL) program. *See* 42 U.S.C. § 292/294 *et seq.* Defendant originally borrowed $5,000.00 through the HEAL program, which totaled to $5,208.71 with interest calculated according to HEAL. *See* 42 U.S.C. § 292d(a)(2)(D). The amount requested by Plaintiff in its Motion for Default Judgment is $5,345.12, a sum which reflects additional accrued interest in the amount of $130.49 and unpaid late charges in the amount of $5.92. Plaintiff additionally requests prejudgment interest from January 24, 2012 to the date of judgment at the rate of $0.32 per day.

The Court has reviewed the complaint filed by Plaintiff, and finds that the well-pleaded allegations in the complaint deem admitted by Defendant are sufficient to establish Defendant's liability and the amount of damages sought by Plaintiff. Plaintiff submitted a copy of the promissory note executed by Defendant under the HEAL program, confirming the amount owed to Plaintiff by Defendant. (Doc. 1-1.)

For good cause shown, the Court grants Plaintiff's Motion for Default Judgment and awards Plaintiff judgment from and against Defendant in the amount of $5,345.12, with additional prejudgment interest from January 24, 2012 to March 6, 2012 at the rate of $0.32 per day. Plaintiff is also awarded post-judgment interest, which shall accrue beginning on the date of entry of this Order, bearing the rate specified under federal law, 28 U.S.C. § 1961.

**SO ORDERED**, this 6th day of March, 2012.

               ***s/ Hugh Lawson***
               HUGH LAWSON, SENIOR JUDGE

ebr