IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HICA EDUCATION LOAN CORPORATION,**<br><br>        Plaintiff,<br><br>        v.<br><br>**CHASSITTY L. LOVING,**<br><br>        Defendant. | Civil Action No. 7:11-CV-173 (HL) |

**ORDER**

Before the Court is Plaintiff's Motion for Attorney's Fees and Costs (Doc. 9). The Court has considered the Motion and evidence presented in support thereof, and finds that the Motion should be granted. Plaintiff HICA Education Loan Corporation is awarded attorney's fees in the amount of $1,250.00 and court costs in the amount of $450.00 against Defendant Chassitty Loving.

**SO ORDERED,** this 13th day of March, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr